UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE WOODWARD; and EDWARD WOODWARD,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and DOES 1-20,<br><br>　　　　　　　　　　　Defendants. | Case No.: 17-CV-2369-JLS (WVG)<br><br>**ORDER DISMISSING MOTION TO DISMISS AS MOOT**<br><br>(ECF Nos. 3, 8) |

　　　Defendant the County of San Diego has filed a Notice stating its Motion to Dismiss Complaint filed on December 22, 2017, (ECF No. 3), is moot because Defendant has filed a second Motion to Dismiss the Amended Complaint, (ECF No. 9). (ECF No. 8.)

　　　The Court **DISMISSES AS MOOT** Defendant's Motion to Dismiss, (ECF No. 3).

　　　**IT IS SO ORDERED.**

Dated: January 25, 2018

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge