FILED

MAY 16 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE WOODWARD and EDWARD WOODWARD, as successors in interest to LYLE WOODWARD, <br><br>       Plaintiff, <br><br> v. <br><br> COUNTY OF SAN DIEGO; and TREVOR NEWKIRK, <br><br>       Defendants. | Case No.: 17cv2369-JLS(KSC) <br><br> **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY ORDER AUTHORIZING COMMENCEMENT OF INMATE WITNESS DEPOSITION** <br><br> **Re: Inmate Clinton Forbel Thinn (BI-1581)** |

Before the Court is defendants' Ex Parte Application to Modify Order Authorizing Commencement of Inmate Witness Deposition. [Doc. No. 31.] On March 12, 2019, this Court entered an Order Authorizing Commencement of Inmate Deposition allowing defendants to depose Clinton Forbel Thinn, an inmate who was then housed at the California Institution for Men in Chino, on or before the discovery deadline of March 29, 2019. [Doc. No. 28, at p. 2; Doc. No. 25.] The Court recently issued an Amended Scheduling Order extending the deadline for completing fact discovery until May 29, 2019 because of other discovery delays. [Doc. No. 30, at p. 1.] The deadline for completing expert discovery was extended until September 27, 2019. [Doc. No. 30, at p. 3.]

1    In the instant Ex Parte Application, defendants have represented they were not able

2  to depose Inmate Thinn within the time allowed in the Court's March 12, 2019 Order

3  because he was in the process of being transferred to another institution.  [Doc. No. 31, at

4  pp. 1-2.]  According to defendants, Inmate Thinn was transferred to California State

5  Prison, Los Angeles County, in April 2019.  However, defendants have been advised they

6  will be unable to depose Inmate Thinn until sometime in July 2019 because the

7  availability of conference rooms at the facility is "extremely limited."  [Doc. No. 31, at

8  p. 2.]

9    Good cause appearing, IT IS HEREBY ORDERED that defendants' Ex Parte

10  Application to Modify Order Authorizing Commencement of an Inmate Witness

11  Deposition is GRANTED.  [Doc. No. 31.]  IT IS FURTHER ORDERED that the

12  deposition of Inmate Clinton Forbel Thinn shall commence on or before **_July 31, 2019_**

13  and shall continue from day to day until completion.  Inmate Thinn's deposition may be

14  audio taped and video taped and shall take place at the institution where he is housed at

15  the time the deposition commences.

16    IT IS SO ORDERED.

17  Dated:  May _16_, 2019

19    Hon. Karen S. Crawford
    United States Magistrate Judge