**Joseph M. McMullen (CSB 246757)**
Law Offices of Joseph M. McMullen
501 W. Broadway, Suite 1510
San Diego, CA 92101
Tel: (619) 501-2000
Fax: (619) 615-2264
Email: joe@jmm-legal.com

Attorney for Plaintiff Bessie Woodward

**Thomas E. Robertson (CSB 262659)**
Law Office of Thomas E. Robertson
501 W. Broadway, Suite 1510
San Diego, CA 92101
Tel: (619) 544 - 9911
Fax: (619) 615-2264
Email: thomas@robertsonSDlaw.com

Attorney for Plaintiff Edward Woodward

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE WOODWARD, individually and as Successor in Interest to LYLE WOODWARD; <br><br> EDWARD WOODWARD, individually and as Successor in Interest to LYLE WOODWARD, <br><br>             Plaintiffs, <br><br>    vs. <br><br> COUNTY OF SAN DIEGO; CURTIS STRATTON; and DOES 1-20, <br><br>             Defendants. | Case No.: 17-cv-2369-TWR-KSC <br><br> **JOINT NOTICE OF PENDING SETTLEMENT** |

**TO THE HONORABLE COURT:**

The parties in the above-captioned matter have reached a settlement agreement in principle pending finalization of settlement documents, performance of settlement conditions, and filing of requests for dismissal, which are expected to be completed within the next 60 days. The settlement will dispose of this entire action.

The parties further request that all pending hearings and due dates be vacated, and that the Court set a telephonic status conference regarding the settlement in approximately 60 days.

Respectfully submitted,

Dated: March 4, 2021      */s/ Joseph M. McMullen*
Joseph M. McMullen
Attorney for Plaintiff Bessie Woodward

Dated: March 4, 2021      */s/ Thomas Robertson*
Thomas Robertson
Attorney for Plaintiff Edward Woodward

Dated: March 4, 2021      THOMAS E. MONTGOMERY, County Counsel

By: */s/ Robert Ortiz*
Attorneys for Defendants County of San Diego
and Dep. Curtis Stratton

I, Joseph McMullen, hereby certify that the content of this joint notice is acceptable to all parties required to sign this joint motion. All parties authorize me to affix their CM/ECF electronic signatures to this joint motion.

DATED: March 4, 2021      LAW OFFICES OF JOSEPH M. McMULLEN

By: */s/ Joseph M. McMullen*
Attorney for Plaintiff Bessie Woodward
Email: joe@jmm-legal.com