UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE WOODWARD, individually and as Successor in Interest to LYLE WOODWARD; and EDWARD WOODWARD, individually and as Successor in Interest to LYLE WOODWARD,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; CURTIS STRATTON; and DOES 1–20,<br><br>Defendants. | Case No.: 17-CV-2369 TWR (KSC)<br><br>**ORDER (1) DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS, (2) VACATING DATES, AND (3) SETTING TELEPHONIC STATUS CONFERENCE**<br><br>(ECF Nos. 48, 70) |

Presently before the Court are Defendants County of San Diego and Curtis Stratton's Motion to Dismiss Plaintiffs' Second Amended Complaint ("Mot.," ECF No. 48) and Plaintiffs Bessie Woodward and Edward Woodward and Defendants' Joint Notice of Pending Settlement (ECF No. 70). In light of the Parties' settlement, the Court **DENIES**

/ / /

/ / /

/ / /

/ / /

1

17-CV-2369 TWR (KSC)

1   **AS MOOT** Defendants' Motion, **VACATES** all pending dates and deadlines, and **SETS**
2   a telephonic status conference for May 5, 2021 at 3:00 p.m.
3       **IT IS SO ORDERED.**
4
5   Dated:  March 4, 2021
6   
_____
Honorable Todd W. Robinson
United States District Court