UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESSIE WOODWARD, individually and as Successor in Interest to LYLE WOODWARD; and EDWARD WOODWARD, individually and as Successor in Interest to LYLE WOODWARD,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; CURTIS STRATTON; and DOES 1–20,<br><br>Defendants. | Case No.: 17-CV-2369 TWR (KSC)<br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 72) |

Presently before the Court is the Joint Motion to Dismiss (ECF No. 72), filed by all parties and seeking to dismiss this action as to all parties and all claims. Good cause appearing, the Court **GRANTS** the Joint Motion to Dismiss. As requested by the parties, the Court **DISMISSES WITH PREJUDICE** this action, with each party to bear its own costs and attorneys' fees. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated: April 2, 2021

Honorable Todd W. Robinson
United States District Court